# United States Court of Appeals
## For the First Circuit

Nos. 08-2139, 09-1742, 09-1743

SYLVIA DIFFENDERFER, on behalf of herself and as a representative
of the class herein defined; ROBERT MCCARROLL, on behalf of himself
and as a representative of the class herein defined,

Plaintiffs, Appellees/Cross-Appellants,

v.

RAMON E. GOMEZ-COLON, President of the State Electoral Commission
of Puerto Rico; WALTER VELEZ-RODRIGUEZ, Secretary of the State
Electoral Commission of the Commonwealth of Puerto Rico,

Defendants, Appellants,

GERARDO CRUZ-MALDONADO, Electoral Commissioner of Popular
Democratic Party; JUAN DALMAU-RODRIGUEZ, Electoral Commissioner
of the Puerto Rican Independence Party; NELSON ROSARIO-RODRIGUEZ,
Electoral Commissioner of the Puerto Ricans for Puerto Rico
Party; EDWIN MUNDO-RIOS, Electoral Commissioner of the New
Progressive Party; JOHN DOE,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on November 19, 2009, is
amended as follows:

On the cover sheet, Hon. José Fusté should be referred to as
"U.S. District Judge" and not "Chief Judge".